NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


AUGUSTINO HERNANDEZ,                )
DOC #Y40951,                        )
                                    )
      Appellant,                    )
                                    )
v.                                  )     Case No. 2D18-3346
                                    )
STATE OF FLORIDA,                   )
                                    )
      Appellee.                     )
_____ )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Joseph G. Foster,
Judge.


PER CURIAM.


      Affirmed.


BLACK, BADALAMENTI, and SMITH, JJ., Concur.